# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **ERIN RYAN** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:18-CV-00916 (VLB) |
| **METROPOLITAN DISTRICT COMMISSION** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiff, Erin Ryan**

Date:   **Jun 04, 2018**

*Attorney's signature*

**Nicole M. Rothgeb  ct26529**
*Printed name and bar number*

**Livingston, Adler, Pulda, Meiklejohn & Kelly**
**557 Prospect Avenue**
**Hartford, CT  06105-2922**
*Address*

**nmrothgeb@lapm.org**
*E-mail address*

**(860) 233-9821**
*Telephone number*

**(860) 232-7818**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Jun 04, 2018**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*