**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ERIN RYAN,<br><br>            Plaintiff,<br><br>    -against-<br><br>METROPOLITAN DISTRICT COMMISSION,<br><br>            Defendant. | Civil Action No. 3:18-cv-00916 |

## NOTICE OF APPEARANCE OF MELISSA C. RODRIGUEZ

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of the undersigned, Melissa C. Rodriguez, of the firm Morgan, Lewis & Bockius LLP, as counsel of record for Defendant Metropolitan District Commission in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         August 6, 2018

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Melissa C. Rodriguez*
    Melissa C. Rodriguez
    101 Park Avenue
    New York, NY 10178
    E-mail: melissa.rodriguez@morganlewis.com
    Tel:    212.309.6000
    Fax:    212.309.6001

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure upon all parties of record by the Court's ECF/CM system.

/s/ *Melissa C. Rodriguez*
Melissa C. Rodriguez