**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ERIN RYAN,<br><br>                    Plaintiff,<br><br>        -against-<br><br>METROPOLITAN DISTRICT COMMISSION,<br><br>                    Defendant. | Civil Action No. 3:18-cv-00916 |

**DEFENDANT'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Defendant Metropolitan District Commission hereby states as follows:

Metropolitan District Commission is a specially-chartered municipal corporation that has no parent corporation and no party or public corporation owns 10% or more of Metropolitan District Commission's stock.

Dated:   New York, New York
         August 6, 2018

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Melissa C. Rodriguez*
    Melissa C. Rodriguez
    101 Park Avenue
    New York, NY 10178
    E-mail: melissa.rodriguez@morganlewis.com
    Tel:     212.309.6000
    Fax:     212.309.6001

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2018, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure upon all parties of record by the Court's ECF/CM system.

                                      /s/ *Melissa C. Rodriguez*
                                      Melissa C. Rodriguez